**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 07-461 (GMS) |
| v. | ) ) | |
| MAKITA U.S.A. INC. and<br>MAKITA CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |
| MAKITA U.S.A. INC. and<br>MAKITA CORPORATION, | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 07-522 (GMS) |
| | ) ) | |
| v. | ) ) | |
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC. | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties have executed a Settlement and License Agreement dated February 25, 2008 (the "Agreement"), resolving the claims in the above-captioned actions;

NOW, THEREFORE, Black & Decker, Inc. and Black & Decker (U.S.) Inc., (collectively "Black & Decker") and Makita U.S.A. Inc. and Makita Corporation, (collectively, "Makita") acting by and through counsel, do hereby stipulate and agree, subject to the approval of the Court, that these actions, including all claims, defenses or counterclaims as between Black & Decker and Makita, are hereby dismissed with prejudice, with each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the Agreement entered into in these cases, the terms of which are hereby specifically incorporated by reference in this

order.  In addition, both Black & Decker and Makita hereby agree that this Court shall retain

jurisdiction over any dispute related to the Agreement.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP        POTTER ANDERSON & CORROON LLP


By:  */s/ Thomas C. Grimm*                           By:  */s/ David E. Moore*
      Thomas C. Grimm (#1098)                        Richard L. Horwitz (#2246)
      James W. Parrett, Jr. (#4292)                  David E. Moore (#3983)
      1201 N. Market Street                          Hercules Plaza, 6th Floor
      P.O. Box 1347                                  1313 N. Market Street
      Wilmington, DE  19899-1347                     P.O. Box 951
      (302) 658-9200                                 Wilmington, DE  19899
      tgrimm@mnat.com                                (302) 984-6000
      jparrett@mnat.com                              rhorwitz@potteranderson.com
                                            dmoore@potteranderson.com

*Attorneys for Black & Decker, Inc. and*
*Black & Decker (U.S.) Inc.*                          *Attorneys for Makita U.S.A. Inc. and Makita*
                                           *Corporation*


SO ORDERED this _____ day of _____, 2008.


                                              _____
                                        UNITED STATES DISTRICT JUDGE

851465 / 32149

2